To: Clerks Office, Northern Division.
501 East Court St, Ste 2500
Jackson, MS 39201

April 2, 2022

FROM: Jarret Montez Wilson # L7689
29 H Bldg #40
Parchman MS 38738



RE: Notice of Change of Address For Cause# 3:20-cv-00610-RPM
3:22-cv 00022-DPJ-FKB

Dear Clerk,

I am writing to give notice of my change of address from 2834 S. Harper Rd, Corinth, MS 38834 to M.S.P Parchman MS 38738

Sincerely Yours,
Jarret Wil—