Jarret Montez Wilson #L7687
28 H bldg #40
Parchman MS 38738





RECEIVED
APR 14 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerks office Norther Division
501 East Court St Ste 2.500
Jackson MS 39201

39201-502299

WARNING
NOT RESPONSIBLE FOR LETTER CONTENT
ANY ENCLOSED MONEY ORDERS SHOULD BE REFERRED TO YOUR LOCAL POSTMASTER BEFORE CASHING